**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01243-CR

**CRESCENCIO TABOADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-60224-H**

## ORDER

Because the supplemental clerk's record filed June 11, 2013 does not contain a certified, signed, and detailed itemization of the costs assessed in this case, we **ORDER** the Dallas County District Clerk to file a second supplemental record.   *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001 (West 2006) ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost."*) (emphasis added); 1003.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of cost to the court to which the action or proceeding is . . . appealed.") (emphasis added).  The Dallas County District Clerk **shall file the supplemental record no later than January 10, 2014.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.

/Jim Moseley/
JIM MOSELEY
PRESIDING JUSTICE

.